UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| K.N., et al., | ) | CASE NO.: 5:18CV970 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| v. | ) | **ORDER** |
| Akron City School District Bd. of Ed., et al., | ) | |
| Defendants. | ) | |

The parties have informed this Court via e-mail that the above matter has been settled. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within ninety (90) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.


August 20, 2024                              /s/ Judge John R. Adams
                                             JUDGE JOHN R. ADAMS
                                             UNITED STATES DISTRICT COURT

1