# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| K.N., legal custodian and the next best friend of the minor child, S.M., et al, | CASE NO. 5:18-CV-00970 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| v. | **STIPULATED DISMISSAL ENTRY** |
| AKRON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

The Parties, by and through undersigned counsel, hereby stipulate that all claims herein are settled and are hereby dismissed, with prejudice, each party to pay their own costs. The Court may enter an order accordingly.

Respectfully submitted,

*/s/Kandee Robinson-Ching (by consent)*  
**Kandee S. Robinson-Ching (0078168)**  
572 West Market Street Suite 12  
Akron, Ohio 44308  
Telephone : (234) 738-0529  
attykandeerobinson@gmail.com  
*Counsel for Plaintiffs*

*/s/ Matthew A. Smartnick*  
**MARKUS E. APELIS (0083844)**  
**MATTHEW A. SMARTNICK (0096932)**  
**GALLAGHER SHARP LLP**  
1215 Superior Avenue, 7th Floor  
Cleveland, Ohio 44114  
(216) 241-5310 Telephone  
(216) 241-1608 Facsimile  
mapelis@gallaghersharp.com  
msmartnick@gallaghersharp.com  
*Attorneys for the Defendants, Akron City School District Board of Education, Akron City School District, David W. James, Philomena Vincente, and Jennifer Ramon*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2024 the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic and/or regular U.S. Mail. Parties may access this filing through the Court's system.

/s/Matthew A. Smartnick
**MARKUS E. APELIS (0083844)**
**MATTHEW A. SMARTNICK (0096932)**
**Gallagher Sharp LLP**
*Attorneys for the Defendants, Akron City School District Board of Education, Akron City School District, David W. James, Philomena Vincente, and Jennifer Ramon*