It is so ordered. This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
10/3/2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| K.N., legal custodian and the next best friend of the minor child, S.M., et al, | CASE NO. 5:18-CV-00970 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| v. | **STIPULATED DISMISSAL ENTRY** |
| AKRON CITY SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

The Parties, by and through undersigned counsel, hereby stipulate that all claims herein are settled and are hereby dismissed, with prejudice, each party to pay their own costs. The Court may enter an order accordingly.

Respectfully submitted,

*/s/Kandee Robinson-Ching (by consent)*
**Kandee S. Robinson-Ching (0078168)**
572 West Market Street Suite 12
Akron, Ohio 44308
Telephone : (234) 738-0529
attykandeerobinson@gmail.com
*Counsel for Plaintiffs*

*/s/ Matthew A. Smartnick*
**MARKUS E. APELIS (0083844)**
**MATTHEW A. SMARTNICK (0096932)**
**GALLAGHER SHARP LLP**
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
(216) 241-5310 Telephone
(216) 241-1608 Facsimile
mapelis@gallaghersharp.com
msmartnick@gallaghersharp.com
*Attorneys for the Defendants, Akron City School District Board of Education, Akron City School District, David W. James, Philomena Vincente, and Jennifer Ramon*